| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JASON DELACERDA, §
§
    Petitioner, §
§
versus § CIVIL ACTION NO. 1:22-CV-280
§
DIRECTOR, TDCJ-CID, §
§
    Respondent. §

## FINAL JUDGMENT

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for a writ of habeas corpus is **DISMISSED** without prejudice as premature pursuant to 28 U.S.C. § 2244(d)(1)(A). A certificate of appealability is **DENIED**. The Clerk of Court is directed to refund Delacerda's $5 filing fee.

All motions not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 4th day of September, 2022.

                                                      MARCIA A. CRONE
                                     UNITED STATES DISTRICT JUDGE